**United States District Court**
**Northern District of Indiana**
**Hammond Division**

| | | |
|---|---|---|
| TONJIA WINGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09-CV-575 JVB |
| | ) | |
| | ) | |
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

Magistrate Judge Christopher A. Nuechterlein issued a notice that the discovery deadline has passed and that, there being no pending non-dispositive motions, the referral is terminated.

The Court now refers this case to Judge Nuechterlein for determination of non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and N.D. Ind. L.R. 72.1(c).

SO ORDERED on January 18, 2011

    S/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE